ANDERSON, Circuit Judge, dissenting:

Although the issue is extremely close, I believe that there is sufficient evidence under our case law.